UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00278-MOC

| | |
|---|---|
| **MONTY E. BORCHARDT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **NANCY A. BERRYHILL,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Commissioner's Motion for Remand pursuant to Sentence Four of 42 U.S.C. § 405(g). As this Court has the power under sentence four of 42 U.S.C. § 405(g) "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the case for a rehearing," and since each party consents to remand in this matter for further action, including a new hearing, the Court will summarily grant this motion. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Having thus considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Remand (#15) pursuant to Sentence Four of 42 U.S.C. § 405(g) (#16) is **GRANTED**. Under sentence four of 42 U.S.C. §

405(g), the Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner for further action, including a new hearing.

Signed: November 16, 2018

Max O. Cogburn Jr
United States District Judge